**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BENSON & BINGHAM, LLC, | Case No. 2:14-cv-00870-KJD-GWF |
| Plaintiff, | |
| vs. | |
| CASEY W. CAMERON; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; CULINARY HEALTH FUND; TAYLOR, KNUDSON & LUM, PROFESSIONAL dba DESERT RADIOLOGISTS; JAMES W. VAHEY, M.D., LTD. dba HAND CENTER OF NEVADA; BRIMHALL EYE, INC. dba BRIMHALL EYE CENTER; UNIVERSITY OF NEVADA SCHOOL OF MEDICINE; WESTERN HOME CARE, LLC | **STIPULATION AND ORDER FOR DISTRIBUTION AND DISMISSAL** |
| Defendants, | |

Plaintiff, by and through its undersigned counsel, and Defendant Unite Here Health (named as "Culinary Health Fund" in the Complaint in Interpleader) by and through its undersigned counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiff Benson & Bingham, LLC and Defendant Unite Here Health have valid liens against Casey Cameron's $25,000 tort recovery, the proceeds of which are presently held by the Plaintiff.

IT IS FURTHER STIPULATED AND AGREED that Attorney's fees be awarded to Plaintiff in the amount of $5,567.65 and that costs be awarded to Plaintiff in the amount of $932.35, for a total award to Plaintiff in the amount of $6,500.00.

IT IS FURTHER STIPULATED AND AGREED that the sum of $18,500.00 be distributed to Defendant UNITE HERE HEALTH.

IT IS FURTHER STIPULATED AND AGREED that this matter may be dismissed with prejudice.

CHRISTENSEN JAMES & MARTIN

Dated this 8th day of July, 2014.   By:   */s/ Daryl Martin*
Daryl E. Martin, Esq.
Nevada Bar no. 006735
7440 West Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Unite Here Health*

BENSON & BINGHAM, LLC

Dated this 8th day of July, 2014.   By:   */s/ Ben Bingham*
Benjamin J. Bingham, Esq.
Nevada Bar No. 007280
11441 Allerton Park Dr. #100
Las Vegas, NV 89135
*Attorneys for Plaintiff*

**ORDER**

This matter having been stipulated to by the parties, through their respective counsel, and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that Plaintiff Benson & Bingham, LLC and Defendant Unite Here Health have valid liens against Casey Cameron's $25,000 tort recovery ("Recovery"), the proceeds of which are presently held by the Plaintiff.

IT IS FURTHER ORDERED that Plaintiff may retain out of the Recovery the sum of $6,500.00 as payment of the attorney's fees and costs awarded to Plaintiff by the Court.

IT IS FURTHER ORDERED that out of the Recovery, the sum of $18,500.00 shall be distributed by Plaintiff to Christensen James & Martin, counsel for Defendant UNITE HERE HEALTH.

IT IS FURTHER ORDERED that this matter is dismissed with prejudice.

DATED: September 2, 2014

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

CHRISTENSEN JAMES & MARTIN

 /s/ Daryl E. Martin
Daryl E. Martin, Esq.